**J. J. NEWBERRY COMPANY, a Corporation, Appellant, v. RETAIL CLERKS' UNION, LOCAL 655, etc., et al.**

No. 13417.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1946.

Wayne Ely, of St. Louis, Mo., for appellant.

Robert A. Roessel and Allen Whittington, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, pursuant to stipulation of parties.

**UNITED STATES of America ex rel. Joseph H. PETERS, Appellant, v. Stanley P. ASHE, Warden, Western State Penitentiary, Pittsburgh, Pa.**

No. 9225.

Circuit Court of Appeals, Third Circuit.

Submitted on Briefs Jan. 6, 1947.

Decided Jan. 10, 1947.

Joseph H. Peters, in pro. per.

John E. Stevenson, Sp. Deputy Atty. Gen., for appellee.

Before BIGGS, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The order of the court below is affirmed.